THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY WASHINGTON, Appellant. [666 NYS2d 866] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Mark, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present— Green, J. P., Hayes, Callahan, Balio and Boehm, JJ.

 In the Matter of TERRY CURTIS, Appellant, v PENELOPE CURTIS, Respondent. [666 NYS2d 864] —Motion for permission to proceed as poor person and for assignment of counsel denied and appeal dismissed without costs. Memorandum: The notice of appeal limits the scope of the appeal to the purge provision (*see*, CPLR 5515 [1]; *Sommers v Sommers*, 203 AD2d 975, 977; *Royal v Brooklyn Union Gas Co.*, 122 AD2d 132, 133), which has expired; thus, appellant is no longer aggrieved by that provision and is not entitled to appeal (*see*, CPLR 5511; Family Ct Act § 1118). Present—Pine, J. P., Lawton, Callahan, Doerr and Balio, JJ.